FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

THE TRUSTEES OF THE NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS WELFARE FUND; THE TRUSTEES OF THE NORTHWEST SHEET METAL WORKERS PENSION FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; THE TRUSTEES OF THE NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST; NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST; and SHEET METAL WORKERS LOCAL 103,

Plaintiffs,

v.

ROCKY MOUNTAIN MECHANICAL, INC.; LOREN WARD, an individual,

Defendants.

Case No. 2:25-cv-00512-RLP

**STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ROCKY MOUNTAIN MECHANICAL, INC. AND LOREN WARD**

On December 17, 2025, Plaintiffs brought an action against Defendants Rocky Mountain Mechanical, Inc. and Loren Ward, alleging: (1) violation of ERISA; (2) violation of the LMRA; and (3) breach of contract. ECF 1. The Clerk of Court entered an Order of Default against Defendants on August 24, 2026. ECF 15. Defendants Rocky Mountain Mechanical, Inc. and Loren Ward

hereby stipulate and agree that this final judgment in favor of Plaintiffs and against Defendants be and hereby is entered into as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1) This Court has jurisdiction over this matter and the parties thereto, and venue is proper herein.

2) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward jointly and severally owe the Plaintiffs a total of $300,155.23, as specified below:

a) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward jointly and severally owe the Plaintiffs a total of $148,813.82 for delinquent contributions due for the months of July 2024, August 2024, September 2024, November 2024, December 2024, January 2025, February 2026, March 2025, April 2026, June 2025, August 2025, September 2025, and October 2025;

b) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward jointly and severally owe the Plaintiffs a total of $29,762.76 in liquidated damages due for the months of July 2024, August 2024, September 2024, November 2024, December 2024, January 2025, February 2026, March 2025, April 2026, June 2025, August 2025, September 2025, October 2025, November 2025, December 2025 and January 2026;

c) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward

jointly and severally owe the Plaintiffs a total of $28,146.53 in interest due on delinquent contributions for the months of July 2024, August 2024, September 2024, November 2024, December 2024, January 2025, February 2026, March 2025, April 2026, June 2025, August 2025, September 2025, and October 2025;

d) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward jointly and severally owe the Plaintiffs a total of $78,556.28 as damages for breach of the Settlement Agreement; and

e) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward jointly and severally owe the Plaintiffs a total of $14,875.84 in attorney fees and costs.

3) The total principal judgment amount is $300,155.23. The Judgment shall bear interest at 4% per annum commencing on the date after the entry of this Judgment.

4) Defendants Rocky Mountain Mechanical, Inc. and Loren Ward shall pay the principal judgment and interest amounts according to the installment payment plan requiring 48 monthly payments, attached hereto as Exhibit 1. Early payments of any principal amounts owed are permitted and will reduce interest owed accordingly.

5) All payments shall be made payable to the Northwest Sheet Metal Workers Trust Funds, c/o:

Caitlin Kauffman
McKanna Bishop Joffe LLP
1635 NW Johnson Street
Portland, Oregon 97209

6) Time is of the essence, and the Defendants herein understand and agree that any acceptance by Plaintiffs of late performance of any of the terms and covenants hereof shall not be deemed a waiver of the timely performance of future terms and covenants, including installment payments. If this Stipulated Judgment shall be placed in the hands of an attorney for collection or enforcement, or if suit shall be brought to collect any of the principal or interest of this Judgment, Defendants shall pay all attorney's fees and costs incurred by Plaintiffs associated with the collection or enforcement of this judgment, regardless of whether suit has been commenced or not. Plaintiffs agree not to execute on this Stipulated Judgment unless Defendants default, including but not limited to non-payment of any of the installment payments more than five (5) days after the above listed due date. In the event of a default of this Stipulated Judgment. Plaintiffs shall provide notice of default providing Defendants ten (10) days to remedy their default by paying the balance due at the time of said default. If Defendants remedy any default, Parties agree to restate and be bound to the payment schedule of this Stipulated Judgment wherein balances remain due on the first day of each subsequent month until the principal judgment amount is fully satisfied. Upon full satisfaction of the

principal judgment amount, Plaintiffs shall file a satisfaction of judgment in this matter.

7) This Stipulated Judgment is final and may not be appealed by either party. Plaintiffs and Defendants waive any right to appeal entry of this Stipulated Judgment.

8) Each signatory to this Stipulated Judgment certifies that he or she is fully authorized by the party or parties he or she represents to stipulate to this Stipulated Judgment and to enter into and execute the Stipulated Judgment on behalf of the party or parties represented and legally bind that party or parties. The undersigned have read, understand and agree to all of the terms and conditions of this Stipulated Judgment.

APPROVED AND STIPULATED:

Caitlin Kauffman
Attorney for Plaintiffs

Loren Ward
Representative for Defendants

FILED BY:

MCKANNA BISHOP JOFFE, LLP

/s/ Caitlin Kauffman
Caitlin Kauffman, WSBA No. 59736
Telephone: 503-821-0961
Email: ckauffman@mbjlaw.com

*Of Attorneys for Plaintiffs*

SO ORDERED this 9th day of September, 2026.



UNITED STATES DISTRICT JUDGE



Doc ID: 4bfe273bcfacd5192d28685da7512475e9510568

# Exhibit 1- Repayment Schedule

| Enter values | |
|---|---|
| Delinquent Amount | $300,155.23 |
| Lump Sum Payment | |
| Amount Owed | $ 300,155.23 |
| Annual interest rate | 4.00 % |
| Loan period in years | 4 |
| Number of payments per year | 12 |
| Start date of loan | 10/1/2026 |
| Optional extra payments | |

| Loan summary | |
|---|---|
| Scheduled payment | $ 6,777.22 |
| | |
| | |
| Scheduled number of payments | 48 |
| Actual number of payments | 48 |
| Total early payments | $ - |
| Total interest | $ 25,151.39 |

**Debtors Name:** Loren Ward/Rocky Mountain Mechanical, Inc.

| Pmt. No. | Payment Date | Payment Rec'd | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/1/2026 | | $ 300,155.23 | $ 6,777.22 | | $ **6,777.22** | $ 5,776.70 | $ 1,000.52 | $ 294,378.53 | $ 1,000.52 |
| 2 | 12/1/2026 | | $ 294,378.53 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,795.96 | $ 981.26 | $ 288,582.57 | $ 1,981.78 |
| 3 | 1/1/2027 | | $ 288,582.57 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,815.28 | $ 961.94 | $ 282,767.29 | $ 2,943.72 |
| 4 | 2/1/2027 | | $ 282,767.29 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,834.66 | $ 942.56 | $ 276,932.62 | $ 3,886.28 |
| 5 | 3/1/2027 | | $ 276,932.62 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,854.11 | $ 923.11 | $ 271,078.51 | $ 4,809.39 |
| 6 | 4/1/2027 | | $ 271,078.51 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,873.63 | $ 903.60 | $ 265,204.88 | $ 5,712.98 |
| 7 | 5/1/2027 | | $ 265,204.88 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,893.21 | $ 884.02 | $ 259,311.68 | $ 6,597.00 |
| 8 | 6/1/2027 | | $ 259,311.68 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,912.85 | $ 864.37 | $ 253,398.83 | $ 7,461.37 |
| 9 | 7/1/2027 | | $ 253,398.83 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,932.56 | $ 844.66 | $ 247,466.27 | $ 8,306.03 |
| 10 | 8/1/2027 | | $ 247,466.27 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,952.33 | $ 824.89 | $ 241,513.94 | $ 9,130.92 |
| 11 | 9/1/2027 | | $ 241,513.94 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,972.17 | $ 805.05 | $ 235,541.76 | $ 9,935.97 |
| 12 | 10/1/2027 | | $ 235,541.76 | $ 6,777.22 | $ - | $ **6,777.22** | $ 5,992.08 | $ 785.14 | $ 229,549.68 | $ 10,721.11 |
| 13 | 11/1/2027 | | $ 229,549.68 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,012.06 | $ 765.17 | $ 223,537.63 | $ 11,486.27 |
| 14 | 12/1/2027 | | $ 223,537.63 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,032.10 | $ 745.13 | $ 217,505.53 | $ 12,231.40 |
| 15 | 1/1/2028 | | $ 217,505.53 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,052.20 | $ 725.02 | $ 211,453.33 | $ 12,956.42 |
| 16 | 2/1/2028 | | $ 211,453.33 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,072.38 | $ 704.84 | $ 205,380.95 | $ 13,661.26 |
| 17 | 3/1/2028 | | $ 205,380.95 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,092.62 | $ 684.60 | $ 199,288.33 | $ 14,345.86 |
| 18 | 4/1/2028 | | $ 199,288.33 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,112.93 | $ 664.29 | $ 193,175.40 | $ 15,010.16 |
| 19 | 5/1/2028 | | $ 193,175.40 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,133.30 | $ 643.92 | $ 187,042.10 | $ 15,654.08 |
| 20 | 6/1/2028 | | $ 187,042.10 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,153.75 | $ 623.47 | $ 180,888.35 | $ 16,277.55 |
| 21 | 7/1/2028 | | $ 180,888.35 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,174.26 | $ 602.96 | $ 174,714.09 | $ 16,880.51 |
| 22 | 8/1/2028 | | $ 174,714.09 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,194.84 | $ 582.38 | $ 168,519.25 | $ 17,462.89 |
| 23 | 9/1/2028 | | $ 168,519.25 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,215.49 | $ 561.73 | $ 162,303.76 | $ 18,024.62 |
| 24 | 10/1/2028 | | $ 162,303.76 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,236.21 | $ 541.01 | $ 156,067.55 | $ 18,565.64 |
| 25 | 11/1/2028 | | $ 156,067.55 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,257.00 | $ 520.23 | $ 149,810.56 | $ 19,085.86 |
| 26 | 12/1/2028 | | $ 149,810.56 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,277.85 | $ 499.37 | $ 143,532.70 | $ 19,585.23 |
| 27 | 1/1/2029 | | $ 143,532.70 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,298.78 | $ 478.44 | $ 137,233.92 | $ 20,063.67 |
| 28 | 2/1/2029 | | $ 137,233.92 | $ 6,777.22 | $ - | $ **6,777.22** | $ 6,319.77 | $ 457.45 | $ 130,914.15 | $ 20,521.12 |

| Pmt. No. | Payment Date | Payment Rec'd | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 3/1/2029 | | $ 130,914.15 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,340.84 | $ 436.38 | $ 124,573.31 | $ 20,957.50 |
| 30 | 4/1/2029 | | $ 124,573.31 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,361.98 | $ 415.24 | $ 118,211.33 | $ 21,372.74 |
| 31 | 5/1/2029 | | $ 118,211.33 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,383.18 | $ 394.04 | $ 111,828.15 | $ 21,766.78 |
| 32 | 6/1/2029 | | $ 111,828.15 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,404.46 | $ 372.76 | $ 105,423.69 | $ 22,139.54 |
| 33 | 7/1/2029 | | $ 105,423.69 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,425.81 | $ 351.41 | $ 98,997.88 | $ 22,490.95 |
| 34 | 8/1/2029 | | $ 98,997.88 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,447.23 | $ 329.99 | $ 92,550.65 | $ 22,820.95 |
| 35 | 9/1/2029 | | $ 92,550.65 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,468.72 | $ 308.50 | $ 86,081.93 | $ 23,129.45 |
| 36 | 10/1/2029 | | $ 86,081.93 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,490.28 | $ 286.94 | $ 79,591.65 | $ 23,416.39 |
| 37 | 11/1/2029 | | $ 79,591.65 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,511.92 | $ 265.31 | $ 73,079.73 | $ 23,681.69 |
| 38 | 12/1/2029 | | $ 73,079.73 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,533.62 | $ 243.60 | $ 66,546.11 | $ 23,925.29 |
| 39 | 1/1/2030 | | $ 66,546.11 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,555.40 | $ 221.82 | $ 59,990.71 | $ 24,147.11 |
| 40 | 2/1/2030 | | $ 59,990.71 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,577.25 | $ 199.97 | $ 53,413.46 | $ 24,347.08 |
| 41 | 3/1/2030 | | $ 53,413.46 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,599.18 | $ 178.04 | $ 46,814.28 | $ 24,525.13 |
| 42 | 4/1/2030 | | $ 46,814.28 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,621.17 | $ 156.05 | $ 40,193.11 | $ 24,681.17 |
| 43 | 5/1/2030 | | $ 40,193.11 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,643.24 | $ 133.98 | $ 33,549.86 | $ 24,815.15 |
| 44 | 6/1/2030 | | $ 33,549.86 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,665.39 | $ 111.83 | $ 26,884.48 | $ 24,926.98 |
| 45 | 7/1/2030 | | $ 26,884.48 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,687.61 | $ 89.61 | $ 20,196.87 | $ 25,016.60 |
| 46 | 8/1/2030 | | $ 20,196.87 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,709.90 | $ 67.32 | $ 13,486.97 | $ 25,083.92 |
| 47 | 9/1/2030 | | $ 13,486.97 | $ 6,777.22 | $ - | **$ 6,777.22** | $ 6,732.26 | $ 44.96 | $ 6,754.71 | $ 25,128.88 |
| 48 | 10/1/2030 | | $ 6,754.71 | $ 6,777.22 | $ - | **$ 6,754.71** | $ 6,732.19 | $ 22.52 | $ - | $ 25,151.39 |

**Dropbox Sign** | Audit trail

| | |
|---|---|
| **Title** | Proposed Stipulated Judgment 2026-09-01.pdf |
| **File name** | Proposed%20Stipul...%202026-09-01.pdf |
| **Document ID** | 4bfe273bcfacd5192d28685da7512475e9510568 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **09 / 01 / 2026**<br>19:15:12 UTC | Sent for signature to Loren Ward (lorenw@rockymountmech.com) and Caitlin Kauffman 95 (ckauffman@mbjlaw.com) by services@clio.com acting on behalf of ckauffman@mbjlaw.com<br>IP: 71.63.136.155 |
| VIEWED | **09 / 01 / 2026**<br>19:15:33 UTC | Viewed by Caitlin Kauffman 95 (ckauffman@mbjlaw.com)<br>IP: 71.63.136.155 |
| SIGNED | **09 / 01 / 2026**<br>19:16:06 UTC | Signed by Caitlin Kauffman 95 (ckauffman@mbjlaw.com)<br>IP: 71.63.136.155 |
| VIEWED | **09 / 02 / 2026**<br>20:16:35 UTC | Viewed by Loren Ward (lorenw@rockymountmech.com)<br>IP: 71.15.212.91 |
| SIGNED | **09 / 08 / 2026**<br>20:12:49 UTC | Signed by Loren Ward (lorenw@rockymountmech.com)<br>IP: 71.15.212.91 |
| COMPLETED | **09 / 08 / 2026**<br>20:12:49 UTC | The document has been completed. |